**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1932**

SHERRY WHITE-BATTLE,

Plaintiff - Appellant,

versus

DEMOCRATIC PARTY OF VIRGINIA; NORFOLK CITY
DEMOCRATIC COMMITTEE; GEORGE SCHAEFER; NORFOLK
ELECTORAL BOARD,

Defendants - Appellees,

-----------------------------------------------------

ELISA LONG, General Registrar of the City of
Norfolk; EILEEN M. ADDISON,

Movants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior
District Judge. (CA-03-897-2)

Submitted: December 15, 2005          Decided: December 20, 2005

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sherry White-Battle, Appellant Pro Se. Stephen Edward Heretick, FIRST VIRGINIA BANK BUILDING, Portsmouth, Virginia; Robert Bryan Rigney, A. Christopher Zaleski, PROTOGYROU & RIGNEY, PLC, Norfolk, Virginia; Samuel Lawrence Dumville, NORRIS & ST. CLAIR, PC, Virginia Beach, Virginia; Melvin Wayne Ringer, CITY ATTORNEY'S OFFICE, Norfolk, Virginia, for Appellees.

––––––––––

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sherry White-Battle appeals the district court's order denying her second motion to amend her complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>White-Battle v. Democratic Party of Virginia</u>, No. CA-03-897-2 (E.D. Va. July 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>